**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JOSÉ SALA-COLÓN, ET AL.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FRANCISCO J. RIVERA-FERNÁNDEZ, ET AL.,**<br><br>**Defendants.** | **Civil No. 25-1098 (ADC)** |

**MEMORANDUM AND ORDER**

Before the Court is a consolidated motion to compel arbitration or to dismiss the complaint as to the claims asserted against co-defendants Arkadios Wealth Advisors LLC, Arkadios Capital LLC, Arkadios Holdings, Inc., Select Wealth Advisors LLC, and Javier Fernando Reyes-Colón (together, the "Arkadios defendants"). *See* **ECF No. 53**. The Arkadios defendants argued that plaintiffs José Sala-Colón, Melanie Rosselló-Wirshing, and the José M. Sala Colón Retirement Plan ("plaintiffs"), are bound by a written agreement to submit their claims to arbitration before the American Arbitration Association ("AAA"), and, in the alternative, they request that the Court dismiss the claims against them for failure to plead securities fraud with particularity.

The Court referred the motion to United States Magistrate Judge Marcos E. López for a Report and Recommendation ("R&R") pursuant to Fed. R. Civ. P. 72. **ECF No. 63**. Plaintiffs later

filed their opposition to the motion. **ECF No. 64**. The Arkadios defendants filed a reply. **ECF No. 81**. Plaintiffs filed a sur-reply. **ECF No. 85.**

The Magistrate Judge issue his R&R on March 13, 2026. **ECF No. 87**. The Magistrate Judge recommended granting the Arkadios defendants' motion to compel arbitration, concluding that the parties had agreed to arbitrate their disputes under AAA's Commercial Rules, but had not agreed to submit their dispute to the AAA for administration. Accordingly, the Magistrate Judge declined to recommend that the Court order plaintiffs to proceed to refile their claim before the AAA. *Id.*, at 14-15. Instead, the Magistrate Judge recommends that the claims be dismissed without prejudice. *Id.*, at 14.

On March 26, 2026, plaintiffs filed an informative motion stating that they would not be filing objections to the R&R. **ECF No. 90**. The Arkadios defendants did not otherwise respond to the R&R.

Absent objections, the Court is free to adopt a report and recommendation's factual and legal determinations. *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection ... a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *see also Roy v. Hanks*, No. 22-1302, 2023 WL 3166353, at *1 (1st Cir. Mar. 6, 2023) ("Only those issues fairly raised by… objections to the magistrate's report are subject to review in the district court….") (quoting *Falmouth*); *United States v. Maldonado-Pena*, 4 F.4th 1, 20 (1st Cir. 2021) ("[W]hen, as here, a party fails to file an

objection to an R&R, the party has waived any [appellate] review of the district court's decision.") (citing *United States v. Díaz-Rosado*, 857 F.3d 89, 94 (1st Cir. 2017)).

Having had the benefit of complete briefing and of reviewing the record, the Court **ADOPTS** the Magistrate Judge's R&R at **ECF No. 87**. The motion to dismiss at **ECF No. 53** is therefore **GRANTED IN PART, DENIED IN PART**. Plaintiffs' claims against the Arkadios defendants must be arbitrated, and they are therefore **DISMISSED WITHOUT PREJUDICE**.[1]

**SO ORDERED**.

At San Juan, Puerto Rico, on this 30th day of March, 2026.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**

---

[1] There also remains pending certain codefendants' separate motion to dismiss, which was also referred to the Magistrate Judge and which is subject to a separate pending R&R. *See* **ECF Nos. 58, 63, 88**. However, even though plaintiffs have also declared that they do not object to the Magistrate Judge's recommendation there, the defendants have requested an extension of time to file a partial objection. **ECF No. 89**. That R&R will be dealt with separately, and the Court will enter final judgment when it does so.